UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        CIVIL ACTION NO. 08-13041

    Plaintiff,

v.        DISTRICT JUDGE AVERN COHN

REAL PROPERTY LAS VEGAS,
NEVADA, et al,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO STAY CIVIL FORFEITURE PROCEEDINGS

On May 28, 2009 the Court held a continuation of the hearing on the Plaintiff's motion. For the reasons stated on the record,

**IT IS ORDERED** that the motion is **GRANTED**. The stay shall be extended for two weeks.


Dated: May 28, 2009        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 28, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160